UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CLARENCE and TAMMY FROST, | Case No. 25-CV-0107 (PJS/LIB) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| ROCKLER COMPANIES INC., | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on April 15, 2025 [ECF No. 13],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April 16, 2025

                                                          s/Patrick J. Schiltz
                                                        Patrick J. Schiltz, Chief Judge
                                                        United States District Court